### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLEN A. SCHAFER )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>FAIRMOUNT MINERALS, LTD., and )<br>TECHNISAND, INC. )<br>)<br>Defendants. ) | Case No. 5:13-cv-01093-R |

### STIPULATION OF DISMISSAL

It is stipulated and agreed by the parties that this cause of action should be dismissed. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Allen Schafer and Defendant Fairmount Santrol, Inc. f/k/a Fairmount Minerals, LTD and Technisand, Inc. hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint against Defendants, with each party to bear their own costs.

| | |
|---|---|
| /s/ Raymond C. Durbin | /s/ Eva C. Madison |
| (signed with permission) | Eva C. Madison (18103) |
| Raymond C. Durbin (2554) | Littler Mendelson, P.C. |
| 601 N.W. 13th Street | 217 E. Dickson St., Suite 204 |
| Oklahoma City, OK 73103 | Fayetteville, Arkansas 72701 |
| Telephone: (405) 521-0577 | Telephone: 479.582.6100 |
| Fax: (405) 525-0528 | Fax: 479.582.6111 |
| durbinlaw@flash.net | emadison@littler.com |
| | |
| Attorney for Plaintiff | Attorney for Defendants |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 18, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Raymond C. Durbin
    601 N.W. 13th Street
    Oklahoma City, OK  73103-2213
    durbinlaw@flash.net

                                          /s/ Eva C. Madison

Firmwide:130187420.1 069381.1005